No. 96–1633. UNIFIED SCHOOL DISTRICT NO. 259, SEDGWICK COUNTY, KANSAS *v.* FOWLER ET UX., PARENTS AND NEXT FRIENDS OF FOWLER; and

No. 96–1865. FOWLER ET UX., PARENTS AND NEXT FRIENDS OF FOWLER *v.* UNIFIED SCHOOL DISTRICT NO. 259, SEDGWICK COUNTY, KANSAS. C. A. 10th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of Individuals With Disabilities Education Act Amendments of 1997.

No. 96–8014. FRETWELL *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lindh* v. *Murphy, ante,* p. 320.

No. 96–8170. MOORE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lindh* v. *Murphy, ante,* p. 320. 

No. D–1798. IN RE DISBARMENT OF SLOBODA. Disbarment entered. [For earlier order herein, see 520 U. S. 1184.]

No. D–1817. IN RE DISBARMENT OF WILLIAMS. Kenneth Mack Williams, of Glen Burnie, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1818. IN RE DISBARMENT OF SOSNAY. Robert S. Sosnay, of Wauwatosa, Wis., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.